IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00342-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      **MIKE LOUIS TORRES,**
      a/k/a **MIGUEL ANGEL TORRES**,

      Defendant.
_____

**MOTION FOR DETERMINATION OF COMPETENCY
AND REQUEST FOR HEARING**
_____

Counsel for Mr. Torres, Brian R. Leedy, Assistant Federal Public Defender, hereby moves this court to determine the mental competency of the defendant pursuant to 18 U.S.C § 4241. Counsel further moves that a psychiatric or psychological examination of the defendant be conducted and the psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

There is reasonable cause to believe that Mr. Torres likely is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to fully understand the nature and consequences of the proceedings against him and/or assist properly in his defense.

Wherefore, Mr. Torres, through undersigned counsel, moves the Court to determine the mental competency of the defendant pursuant to 18 U.S.C § 4241, and further requests that a psychiatric or psychological examination of the defendant be conducted and the report of the examination be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b).

WHEREFORE, the defendant moves for an order that the defendant be evaluated for competency pursuant to 18 U.S.C. § 4241 consistent with the provisions of 18 U.S.C. § 4247(b) and (c) and to thereafter set the matter for a competency hearing and for such other and further relief that is just and proper. The defendant further requests a hearing on this motion.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Brian R. Leedy
        BRIAN R. LEEDY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:   (303) 294-7002
        FAX:              (303) 294-1192
        Brian_Leedy@fd.org
        Attorney for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, I electronically filed the foregoing

**MOTION FOR DETERMINATION OF COMPETENCY
AND REQUEST FOR HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Michele M. Kelley
    Assistant U.S. Attorney
    Email: michele.kelley@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Mike L. Torres  *(Via Hand Delivery)*


    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:         (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant.