IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:11-cr-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKE LOUIS TORRES, a.k.a.
MIGUEL ANGEL TORRES,

    Defendant.

---

ORDER FOR COMPETENCY EVALUATION
---

Hearing was held this 20TH day of October, 2011. The Government appeared by Michele Kelley, Assistant United States Attorney. The Defendant appearance in person and by counsel, Brian Leedy, Assistant Federal Public Defender.

Upon consideration of the defense and Government counsel's statements and the Court's observation of Defendant and there being no objection by either the Government or the defense, the Court finds:

    1.    Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    2.    Pursuant to 18 U.S.C. § 4247(b), a psychiatric or psychological examination shall be conducted by Dr. Susan Bogard, of 3300 East 1st Avenue, suite 590, Denver,

Colorado 80206, 303-320-1968. The examination shall be conducted at the Federal Detention Center Facility in Englewood, Colorado. Dr. Bogard may apply for a reasonable extension of time, not to exceed 15 days, upon a showing of good cause that the additional time is necessary to observe and evaluate the Defendant.

3. Not later than 45 days from the date of this Order, Dr. Bogard shall notify this Court and the parties of the Defendant's mental status and prognosis anticipated in accordance with the provisions of 18 U.S.C. § 4241(d).

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's competency to proceed is excluded from the calculation of the time within which trial must commence until such time as the Defendant is declared competent to proceed.

DONE at Denver, Colorado, on this  20th  day of October, 2011.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge