IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00342-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MIKE LOUIS TORRES,
    a/k/a Miguel Angel Torres,

        Defendant.

___

## ORDER
___

The parties were before me today, January 12, 2012, for a competency hearing per Defendant Mike Louis Torres' Motion for Determination of Competency and Request for Hearing **[Doc #16]** which I granted and ordered a psychiatric or psychological examination be conducted by Dr. Susan Bogard pursuant to 18 U.S.C. § 4247(b). Defendant appeared with his counsel, Brian Leedy. Michele Kelley appeared for the Government.

The parties stipulated to Dr. Bogard's report as admitted for purposes of the hearing. The parties also stipulated that Defendant is competent to proceed. Therefore, pursuant to 18 U.S.C. §§ 4241(a) and 4247(d), I find and order that Defendant is competent to proceed.

I further set the next status and scheduling hearing for 10 a.m. Friday, January 20, 2012.

Dated: January __12__, 2012, in Denver, Colorado.

                                                  BY THE COURT:

                                                  __s/Lewis T. Babcock__
                                                  LEWIS T. BABCOCK, JUDGE