# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:11-cr-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIKE LOUIS TORRES, a.k.a.
MIGUEL ANGEL TORRES,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 2 through 46 of the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that Counts 2 through 46 of the Indictment in the above-captioned case are dismissed.

SO ORDERED this __10th__ day of April, 2012.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK
                United States District Court, District of Colorado